IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HERSHELL L. HENNESSEE                                            PLAINTIFF

v.                     Civil No. 04-3074

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

On this 5th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Donald E. Bishop, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,220.20 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                          /s/Bobby E. Shepherd
                                                    Honorable Bobby E. Shepherd
                                                    United States Magistrate Judge